**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | No. C 14-80225 |
| In the Matter of Donald Charles Schwartz - #122476 | **ORDER RE REASSIGNMENT** |

      This action is hereby **REASSIGNED** to **JUDGE JAMES DONATO**.

**IT IS SO ORDERED.**

Dated: September 18, 2014.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE