UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Donald Charles Schwartz - #122476

Case No. 14-mc-80225-JD

**ORDER OF SUSPENSION**

The Court has reviewed and considered Donald Charles Schwartz's response to the Court's Order to Show Cause. That prior order was based on the Court's receipt of notice that Mr. Schwartz had been suspended by the California Supreme Court for 6 months effective July 11, 2014. The Court consequently suspended Mr. Schwartz on an interim basis, and provided Mr. Schwartz with an opportunity, pursuant to Civil Local Rule 11-7(b)(1), to show cause why a suspension order should not be entered.

Mr. Schwartz's response does not contest that he is under an interim suspension by the California state bar, nor does he argue that he should not also be suspended from practicing law before this Court as a result. He appears, however, to be requesting that he automatically be re-admitted to this Court when his interim suspension by the state bar lifts on January 11, 2015. The Court denies the request.

As an initial matter, Mr. Schwartz's response does not attempt to meet -- and it does not meet -- the requirements of Civil Local Rule 11-7(b)(2) for contesting the imposition of reciprocal discipline by this Court. Consequently, the Court hereby suspends Mr. Schwartz's membership in the bar of this Court.

As for any reinstatement in the future, Mr. Schwartz will need to follow the procedures set forth in Civil Local Rule 11-7(b)(3) if he wishes to pursue reinstatement. That rule provides that

an attorney who has been suspended under the reciprocal discipline provisions of this Court's rules "may seek reinstatement upon completion of the period of suspension . . . by filing a petition for admission with the Clerk as provided in Civil L.R. 11-1(c) and paying the admission fee in accordance with 11-1(d)."

Mr. Schwartz is suspended from the further practice of law before the United States District Court for the Northern District of California.  If Mr. Schwartz wishes to seek re-instatement with the bar of this Court after his state suspension ends in January 2015, he may do so by following the requirements of Civil Local Rule 11-1(b)(3).

**IT IS SO ORDERED**.

Dated:  November 14, 2014

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3